UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                            Case No. 3:20-cr-637

        Plaintiff,

v.                                                      ORDER

Jesus Alejandr DeGollado,

        Defendant.

      Jesus Alejandr DeGollado, an inmate at Federal Correction Institution Hazelton in Bruceton Mills, West Virginia, has filed a *pro se* motion for an order awarding time credits under the First Step Act. (Doc. No. 29). A motion like DeGollado's is more properly characterized as a petition for habeas corpus pursuant to 28 U.S.C. §2241, challenging the manner in which an inmate's sentence is served. Such petitions must be filed in the district court which has jurisdiction over the inmate's custodian, typically the warden of the prison in which the inmate is housed. *See Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004) (citing 28 U.S.C. § 2241(a)).

      Therefore, this court lacks jurisdiction to hear DeGollado's motion. I hereby order the Clerk of Court to transfer this action, in the interest of justice, to the United States District Court for the Northern District of West Virginia. 28 U.S.C. § 1631; *Roman v. Ashcroft*, 340 F.3d 314, 329-29 (6th Cir. 2003).

      So Ordered.

                                                                           s/ Jeffrey J. Helmick
                                                                           United States District Judge